UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)       2:22-CR-35-gwc<br>DANIEL RUIZ, )<br>  Defendant ) | |

### PROPOSED ORDER

On June 6, 2022, Defendant Daniel Ruiz moved to extend the date for filing pretrial motions for thirty (30) days from June 7, 2022 to July 7, 2022. This is the first request for an extension. The government does not oppose this motion.

The extension is needed because defense counsel needs additional time to review discovery in this matter, and to discuss discovery with Mr. Ruiz.

The Court, having considered this application, finds that the failure to grant this continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Finally, the Court finds that the additional time granted will be, and is, excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A).

Accordingly, the defendant's Motion is GRANTED.  Pretrial motions are to be filed by July 7, 2022.

Dated at Burlington, Vermont this ___ day of June, 2022

                                                _____
                                                Hon. Geoffrey W. Crawford
                                                Chief United States District Judge