**DRAFT ONE**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 SEP -9  PM 3: 05

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 5:22-cr-35 |
| DANIEL RUIZ, | ) |
| Defendant. | ) |

**JURY VERDICT**

1. On Count One, the charge of Conspiracy to Distribute Controlled Substances, do you find the defendant:

    NOT GUILTY  _____.

    GUILTY  _____.

Please answer question 2.

2. On Count Two, the charge of Possession with Intent to Distribute Controlled Substances, do you find the defendant:

    NOT GUILTY  _____.

    GUILTY  _____.

Dated: October \_\_\_\_\_, 2022

_____
JURY FOREPERSON